UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JEWERL D. SUMMERS,**

      Plaintiff,

v.                                   Case No. 05-72992
                                      Hon. Bernard A. Friedman

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated June 20, 2006. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated June 20, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the plaintiff's motion for summary judgment be granted;

IT IS FURTHER ORDERED that the Commissioner's cross-motion for summary judgment be denied;

IT IS FURTHER ORDERED that the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of Magistrate Judge Virginia M. Morgan.

   July 12, 2006                                      s/Bernard A. Friedman
    Detroit, Michigan                              BERNARD A. FRIEDMAN
                                                               CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

     **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel**
   **Secretary to Chief Judge Friedman**